IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States Securities and, Exchange Commission, | Court File No. 16-CV-3779 |
| Plaintiff, | **DEFENDANT RYAN GILBERTSON'S MOTION TO COMPEL PRODUCTION OF SEC INTERVIEW NOTES** |
| v. | |
| Ryan Gilbertson, Thomas Howells, and Douglas Hoskins, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Ryan Gilbertson, by and through the undersigned counsel, hereby moves the United States District Court, District of Minnesota for an Order for Plaintiff to be ordered to:

1. Within ten (10) days of the date of this Order, produce to Mr. Gilbertson's counsel documents responsive to Mr. Gilbertson's Document Request Nos. 1(g) and 4, including all notes and summaries of the notes, whether handwritten or typewritten, of the untranscribed witness interviews that the SEC conducted during its investigation entitled *In the Matter of Dakota Plains Holdings, Inc.* (C-8075).

2. Redact any notes that reflect the mental impressions or legal strategy of the SEC. However, if the SEC chooses to redact any responsive

documents, within ten (10) days of the date of this Order, the SEC must provide both a redacted and unredacted copy of the notes to the undersigned for the Court's review. The SEC shall copy Mr. Gilbertson's counsel on the cover letter enclosing these documents for the Court's review. Unless ordered by the Court at a later date, the SEC should not provide a copy of the unredacted notes to Mr. Gilbertson's counsel.

This Motion is based upon the attached Memorandum of Law and Declaration of Joel P. Schroeder, filed herewith, and all of the other files, records, and proceedings herein.

Dated: July 10, 2017        BEST & FLANAGAN LLP

By: s/Joel P. Schroeder
    Amy S. Conners (#0387375)
    Joel P. Schroeder (#0339556)
    John A. Sullivan (#0396730)
    60 South Sixth Street, Suite 2700
    Minneapolis, Minnesota 55402
    Phone (612) 339-7121

*Attorneys for Defendant Ryan Gilbertson*