IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States Securities and, Exchange Commission, | Court File No. 16-CV-3779 |
| Plaintiff, | **[PROPOSED] ORDER COMPELLING PRODUCTION OF SEC INTERVIEW NOTES** |
| v. | |
| Ryan Gilbertson, Thomas Howells, and Douglas Hoskins, | |
| Defendants. | |

This matter came before the Court on Defendant Ryan Gilbertson's motion to compel the production of SEC interview notes. Benjamin Hanauer appeared for Plaintiff United States Securities and Exchange Commission. Joel P. Schroeder appeared for Defendant Ryan Gilbertson.

Pursuant to Fed. R. Civ. P. 26(b)(3)(A), Mr. Gilbertson has made a showing of a "substantial need" for these documents and has shown that they cannot be obtained by other means "without undue hardship." Based upon all the files, records, and proceedings in this action, Mr. Gilbertson's motion is **GRANTED** and **IT IS HEREBY ORDERED THAT:**

1. Within ten (10) days of the date of this Order, the SEC must produce to Mr. Gilbertson's counsel documents responsive to Mr. Gilbertson's Document Request Nos. 1(g) and 4, including all notes and summaries of the

notes, whether handwritten or typewritten, of the untranscribed witness interviews that the SEC conducted during its investigation entitled *In the Matter of Dakota Plains Holdings, Inc.* (C-8075).

2.  In producing these documents to Mr. Gilbertson's counsel, the SEC may redact any notes that reflect the mental impressions or legal strategy of the SEC.  However, if the SEC chooses to redact any responsive documents, within ten (10) days of the date of this Order, the SEC must provide both a redacted and unredacted copy of the notes to the undersigned for the Court's review.  The SEC shall copy Mr. Gilbertson's counsel on the cover letter enclosing these documents for the Court's review.  Unless ordered by the Court at a later date, the SEC should not provide a copy of the unredacted notes to Mr. Gilbertson's counsel.

BY THE COURT:

Dated this __ day of _____, 2017.    _____
The Honorable Hildy Bowbeer
U.S. District Court