# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| United States Securities and Exchange Commission,<br><br>Plaintiff,<br><br>v.<br><br>Ryan Gilbertson, Thomas Howells, and Douglas Hoskins,<br><br>Defendants. | **COURT MINUTES – CIVIL**<br>BEFORE: Hildy Bowbeer<br>U.S. Magistrate Judge |

|  |  |
|---|---|
| Case No.: | 16-cv-3779 (DWF/HB) |
| Date: | July 27, 2017 |
| Courthouse: | St. Paul |
| Courtroom: | 6B |
| Court Reporter: | n/a (digital recording) |
| Time in Court: | 8:36 – 9:11 a.m. |
| | 9:30 – 9:37 a.m. |
| Total Time: | 42 minutes |

**APPEARANCES:**

For Plaintiff United States Securities and Exchange Commission: Benjamin J. Hanauer and Christopher H. White

For Defendant Ryan Gilbertson: Joel P. Schroeder and John A. Sullivan

For Defendant Douglas Hoskins: Aaron J. Morrison

**PROCEEDINGS:**

The Court held a hearing on Defendant Ryan Gilbertson's Motion to Compel Production of SEC Interview Notes [Doc. No. 64]. Ruling from the Bench for the reasons stated on the record, the Court **DENIED** the motion. Briefly stated, the Court found that the witness interview notes are protected opinion work product, but that even if any of the notes were ordinary work product, Gilbertson had not shown either a substantial need for the interview notes or that undue hardship would result if he were not provided the notes.

No written order will issue, and the Clerk's Office is directed to enter a text-only order reflecting the disposition of the motion.

*s/Adrienne Meyers*
Judicial Law Clerk