**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,    : <br>      : <br>      : <br> **Plaintiff,**    : <br> **v.**    : <br>      : <br> **RYAN GILBERTSON, ET AL.,**    : <br>      : <br> **Defendants.**    : | **Case No. 0:16-cv-3779-DWF-HB** |

**SATISFACTION OF JUDGMENT AS TO DEFENDANT THOMAS HOWELLS**

Plaintiff, United States Securities and Exchange Commission ("SEC"), hereby acknowledges that Defendant Thomas Howells remitted payment to the SEC in the total amount of $89,981.66 on January 28, 2022. This payment satisfied the monetary provisions of the Final Judgment as to Defendant Howells entered by this Court on January 26, 2022 (ECF 144). All other provisions of and relief granted by the Final Judgment, as well as the Judgment as to Defendant Howells entered on March 9, 2017 (ECF 33), remain in effect.

This satisfaction does not affect any other Judgment entered against any other defendant in the above captioned matter.

Dated: February 15, 2022

               /s/ Benjamin J. Hanauer
               Benjamin J. Hanauer (IL No. 6280156)
               U.S. Securities and Exchange
               Commission
               175 West Jackson Blvd., Suite 1450
               Chicago, Illinois 60604
               312-353-7390
               *Attorney for Plaintiff*

1